UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEON LEWIS, | Case No. 20-13022 |
| Plaintiff, | Stephanie Dawkins Davis |
| v. | United States District Judge |
| COMMISSIONER OF SOCIAL SECURITY, | David R. Grand Magistrate Judge |
| Defendant. | |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S FEBRUARY 7, 2022
REPORT AND RECOMMENDATION (ECF No. 19)**

Currently before the court is Magistrate Judge David R. Grand's February 7, 2022 Report and Recommendation. (ECF No. 19). Magistrate Judge Grand recommends **DENYING** Plaintiff's Motion to for Summary Judgment, and **GRANTING** the Commissioner's Motion for Summary Judgment, and **AFFIRMING** the ALJ's decision. The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition.

Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 19) and **DENIES** Plaintiff's motion, **GRANTS** Defendant's motion, and **AFFIRMS** the ALJ's decision.

**IT IS SO ORDERED**.

Date: March 9, 2022                              s/Stephanie Dawkins Davis
                                                 Stephanie Dawkins Davis
                                                 United States District Judge

## CERTIFICATE OF SERVICE

I certify that on March 9, 2022, I filed the foregoing paper with the Clerk of the Court using the ECF system which will send electronic notification to all counsel of record and I mailed by United States Postal Service to the following non-ECF participant:

s/Richard Loury
Case Manager
(810) 341-7061

2